IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY A. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 09-00263 |
| WESTINGHOUSE ELECTRIC CO., | ) ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 18th day of November, 2009, upon consideration of plaintiff's motion to compel [Doc. No. 22] and the brief filed in support and opposition thereto [Doc. Nos. 23 & 24], IT IS HEREBY ORDERED THAT the motion is GRANTED. Defendant shall: (1) fully answer interrogatory nos. 1-3 for all management-supervisory employees at the plant where plaintiff was employed; (2) fully answer interrogatory nos. 6-7 based upon the information currently within its possession; and (3) comply with this Order within thirty (30) days.

BY THE COURT,

/s/ Gary L. Lancaster
Gary L. Lancaster
Chief United States District Judge

cc: All Counsel of Record